[Nos. 22256-0-III; 22257-8-III. Division Three. February 22, 2005.]

THE CITY OF SPOKANE, *Petitioner*, v. GERALD LANDGREN, *Respondent*.

THE CITY OF SPOKANE, *Petitioner*, v. RALPH SANDAINE, *Respondent*.

Appeals from judgments of the Superior Court for Spokane County, Nos. 02-1-00162-0 and 02-1-00762-8, Kathleen M. O'Connor, J., entered June 19, 2003. *Dismissed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Kurtz, J.

[No. 30921-1-II. Division Two. April 19, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ALVACLYDE ZANGHI, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-05880-1, Bryan E. Chushcoff, J., entered September 26, 2003. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Quinn-Brintnall, C.J., and Hunt, J.

[No. 30932-7-II. Division Two. April 19, 2005.]

RUSSELL GARRETT, *as Trustee, Appellant*, v. BRUCE MORGAN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 97-2-00738-1, Stephen M. Warning, J., entered September 26, 2003. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Morgan, J. Now published at 127 Wn. App. 375.